1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant BROWN

FILED
MAY 25 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

1:07CR-00125-LJO

| UNITED STATES OF AMERICA, | ) | No. CR 1:07-MJ-00123 DLB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [~~PROPOSED~~] |
| v. | ) | ORDER CONTINUING INITIAL |
| | ) | APPEARANCE/ARRAIGNMENT |
| | ) | DATE AND EXCLUSION OF TIME |
| WAQUILLA NICOLE BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the initial appearance/arraignment in this case, currently scheduled in the Eastern District of California on Friday, May 25, 2007 at 1:30 p.m. before the Duty Magistrate, located at 2500 Tulare Street, 6th Floor, Fresno, California, may be continued to June 8, 2007 at ~~1:30~~ 1:00 PM p.m. for initial appearance/arraignment before the Duty Magistrate at the same location. The reason for the continuance is that the parties are discussing a possible Rule 20 to the Northern District of California and additional time and investigation is needed to determine whether this is feasible. A continuance

*United States v. Brown*, CR 1:07-00123 DLB
STIP. CONTINUING INITIAL
APPEARANCE/ARRAIGNMENT                         - 1 -

1:00 PM
to June 8, 2007, at ~~1:30~~ p.m. will allow time to complete the investigation and determine whether or not the cases will be transferred in accordance with Rule 20 of the Federal Rules of Criminal Procedure. The parties stipulate that the time from May 25, 2007, to June 8, 2007, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for continuity of counsel and for adequate preparation of counsel.

DATED: 5/24/07

JOYCE LEAVITT
Assistant Federal Public Defender

DATED: 5/24/07

STANLEY BOONE
Assistant United States Attorney

I agree to the stipulation set out above and promise to appear before the Duty Magistrate, on
1:00 PM
June 8, 2007, at ~~1:30~~ p.m. as ordered by the Court.

DATED: 5/24/07

WAQUILLA NICOLE BROWN

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the that the initial appearance/arraignment in this case, currently scheduled in the Eastern District of California on Friday, May 25, 2007 at 1:30 p.m. before the Duty Magistrate, located at 2500 Tulare Street, 6th Floor, Fresno, California, may be continued to June 8, 2007, @ 1:00 pm before the Duty Magistrate, located at 2500 Tulare Street, 6th Floor, Fresno, California, for initial appearance/arraignment.

IT IS FURTHER ORDERED that the time from May 25, 2007 to June 8, 2007, should be

excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for continuity of counsel and adequate preparation of counsel. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: 5/25/07

United States Magistrate Judge

United States v. Brown, CR 1:07-00123 DLB
STIP. CONTINUING INITIAL
APPEARANCE/ARRAIGNMENT                             - 3 -