FILED

JUN   7 2007

CLER... ...STRICT COURT
E^  ..... ..., ...... OF CALIFORNIA
L.._____
             DEPUTY CLERK

1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12ᵗʰ Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant BROWN

6

7

8
                IN THE UNITED STATES DISTRICT COURT
9
            FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

   UNITED STATES OF AMERICA,                 )
12                                           )    No. CR 1:07-00125-LJO-1
               Plaintiff,                    )
13                                           )    STIPULATION AND [PROPOSED]
                                             )    ORDER CONTINUING INITIAL
14      v.                                   )    APPEARANCE/ARRAIGNMENT
                                             )    DATE AND EXCLUSION OF TIME
15                                           )
   WAQUILLA NICOLE BROWN,                    )    old Date: 6 | 8 | 07
16                                           )    New Date: 7/6/07
                                             )            9:00 Am
17             Defendant.                    )        Judge O'Neill
   _____)

18         IT IS HEREBY STIPULATED, by and between the parties to this action, that the initial

19  appearance/arraignment in this case, currently scheduled in the Eastern District of California on

20  Friday, June 8, 2007 at 1:00 p.m. before the Duty Magistrate, located at 2500 Tulare Street, 6ᵗʰ Floor,

21  Fresno, California, may be continued to July 6, 2007 at 9:00 a.m. for initial appearance/arraignment

22  before The Hon. Lawrence J. O'Neill at the same location. The reason for the continuance is that the

23
24  parties are discussing a possible Rule 20 to the Northern District of California and additional time

25  and investigation is needed to determine whether this is feasible. A continuance

26

United States v. Brown, CR 1:07-00125 LJO
STIP. CONTINUING INITIAL
APPEARANCE/ARRAIGNMENT                    - 1 -

1   to July 6, 2007, at 9:00 a.m. will allow time to complete the investigation and determine whether or

2   not the cases will be transferred in accordance with Rule 20 of the Federal Rules of Criminal

3   Procedure. The parties stipulate that the time from June 8, 2007, to July 6, 2007, should be excluded

4   in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv)

5   for continuity of counsel and for adequate preparation of counsel.

6

7   DATED: 6|7|07

8                                                    JOYCE LEAVITT
                                                     Assistant Federal Public Defender
9

10  DATED:

11                                                   STANLEY BOONE
                                                     Assistant United States Attorney
12

13         I agree to the stipulation set out above and promise to appear before The Hon. Lawrence J.

14  O'Neill, on July 6, 2007, at 9:00 a.m. as ordered by the Court.

15  DATED: 6/7/07

16                                                   WAQUILLA NICOLE BROWN

17

18

19

20

21

22

23

24

25

26

United States v. Brown, CR 1:07-00125 LJO
STIP. CONTINUING INITIAL
APPEARANCE/ARRAIGNMENT                                  - 2 -

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the that the initial appearance/arraignment in this case, currently scheduled in the Eastern District of California on Friday, June 8, 2007 at 1:00 p.m. before the Duty Magistrate, located at 2500 Tulare Street, 6th Floor, Fresno, California, may be continued to July 6, 2007, before The Hon. Lawrence J. O'Neill, located at 2500 Tulare Street, 6th Floor, Fresno, California, for initial appearance/arraignment. *9:00AM*

IT IS FURTHER ORDERED that the time from June 8, 2007 to July 2, 2007, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for continuity of counsel and adequate preparation of counsel. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: 6/7/07

_____
United States Magistrate Judge
CM SNYDER

*United States v. Brown*, CR 1:07-00125 LJO
STIP. CONTINUING INITIAL
APPEARANCE/ARRAIGNMENT                          - 3 -