(SPACE BELOW FOR FILING STAMP ONLY)

**HARRY M. DRANDELL #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1221 VAN NESS AVENUE, SUITE 450
FRESNO, CA 93721
PHONE (559) 442-8888
FAX (559) 442-8891

ATTORNEYS FOR   Defendant, Waquilla Nicole Brown

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CASE NO.: 1:07-CR-125 LJO** |
| Plaintiff, ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. ) | |
| WAQUILLA NICOLE BROWN ) | Date: August 24, 2007 |
| Defendant. ) | Time: 9:00 a.m. HON. LAWRENCE J. O'NEILL Dept: 4 |

On July 6, 2007, defendant made her first appearance before the District Court and the matter was continued to August 24, 2007, to allow counsel time to receive and review discovery, discuss possible case resolution and review any plea agreement. Discovery was not received by defense counsel until Friday, August 10, 2007. Discovery was mailed to Ms. Brown on Monday, August 13, 2007.

Counsel requests an additional three weeks, to September 14, 2007, in which to review discovery, conduct investigation and engage in possible resolution with the Government.

Further, Waquilla Brown lives in San Leandro, California, and it is a financial hardship for her to travel to Fresno on August 24, 2007, wherein it will be the request of defense counsel to continue the matter for the above-noted reasons.

IT IS HEREBY STIPULATED by and between defendant, Waquilla Nicole Brown, and the United States of America, through the undersigned counsel, that the date for the Status

Conference be continued from August 24, 2007, to September 14, 2007, in order to allow defense additional time to investigate the matter, review discovery and engage in negotiations with the Government.

The parties further agree that this additional time period be excluded from Speedy Trial pursuant to Title 18, U.S.C. §3161(h)(8)(A).

DATED: May 16, 2007

/s/ Harry M. Drandell
HARRY M. DRANDELL,
Attorney for Defendant,
WAQUILLA NICOLE BROWN

DATED: May 16, 2007

/s/ Stanley A. Boone
STANLEY A. BOONE
Attorney for Plaintiff, United States of America

IT IS SO ORDERED that the status conference in the above-captioned matter be continued from August 24, 2007, to September 14, 2007. The new hearing will either be a change of plea or a trial setting conference.   Time is excluded for the reasons given in the application.

IT IS SO ORDERED.

**Dated:     August 21, 2007**          /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE